## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:   Jose Antonio YANEZ-Rosas

I, Doo H. Song, declare and state as follows:

On or about October 04, 2020 the defendant Jose Antonio YANEZ-Rosas was apprehended near Laredo, Texas.  After a brief interview it was determined that, Jose Antonio YANEZ-Rosas was an undocumented alien from Mexico and subsequently placed under arrest.  Further investigation revealed that Jose Antonio YANEZ-Rosas was previously REMOVED from the United States on 07/07/2020 at Laredo, Texas.  There is no record that Jose Antonio YANEZ-Rosas has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of October, 2020 at Laredo, Texas.

Doo H. Song
Border Patrol Agent
United States Border Patrol